UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHAYL KHUSRAVI,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA,<br><br>Respondent. | No. 5:26-cv-01211-VBF-MBK<br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

IT IS SO ADJUDGED.

Date:  July 9, 2026

_____

Honorable Valerie Baker Fairbank

Senior United States District Judge

1